AARON M. CLEFTON, Esq. (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave, Suite C
#336
Alameda, CA 94501
Telephone: (510) 832-5001
info@cleftonlaw.com

Attorneys for Plaintiff
*Jayce Yeh*

**Esbrook P.C.**
P. Renée Wicklund (Cal. Bar No. 200588)
321 N. Clark Street, Suite 1930
Chicago, IL 60654
Phone: (312) 319-7680
renee.wicklund@esbrook.com

Attorney for Defendant
*ProctorU, Inc. d/b/a Meazure Learning*

**Pillsbury Winthrop Shaw Pittman LLP**
Lee Brand (Cal. Bar No. 287110)
4 Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Phone: (415) 983-1116
lee.brand@pillsburylaw.com

Attorney for Defendants
*Center for the Assessment of Sign Language
Interpretation, LLC; and Registry of Interpreters for the Deaf, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYCE YEH,<br><br>        Plaintiff,<br><br>v.<br><br>PROCTORU, INC. d/b/a MEAZURE LEARNING; CENTER FOR THE ASSESSMENT OF SIGN LANGUAGE INTERPRETATION, LLC; and REGISTRY OF INTERPRETERS FOR THE DEAF, INC.<br><br>        Defendants. | CASE NO. 5:25-cv-09736-EKL<br><u>Civil Rights</u><br><br>**JOINT NOTICE OF SETTLEMENT** |

1

Plaintiff JAYCE YEH and Defendants PROCTORU, INC. d/b/a MEAZURE LEARNING; CENTER FOR THE ASSESSMENT OF SIGN LANGUAGE INTERPRETATION, LLC; and REGISTRY OF INTERPRETERS FOR THE DEAF, INC. (collectively, "Parties") hereby notify the Court that the case has settled in its entirety. The Parties request that the Court vacate all currently set deadlines.  However, the Parties request that the case not be dismissed for 60 days so that the parties may finalize settlement documents and effectuate settlement.

Date: May 7, 2026                           CLEFTON DISABILITY LAW


                                            ___/s/ Aaron M. Clefton___
                                            Aaron Clefton, Esq.
                                            Attorney for Plaintiff
                                            JAYCE YEH


Dated: May 7, 2026                          ESBROOK P.C.


                                            ___/s/ P. Renée Wicklund___
                                            P. Renée Wicklund, Esq.
                                            Attorney for Defendant
                                            PROCTORU, INC. D/B/A MEAZURE LEARNING

May 7, 2026                                 PILLSBURY WINTHROP SHAW PITTMAN LLP


                                            ___/s/ Lee Brand___
                                            Lee Brand, Esq.
                                            Attorney for Defendants
                                            CENTER FOR THE ASSESSMENT OF SIGN
                                            LANGUAGE INTERPRETATION, LLC; AND
                                            REGISTRY OF INTERPRETERS FOR THE
                                            DEAF, INC.

### FILER'S ATTESTATION

Pursuant to Local Rules, I hereby attest that on May 7, 2026, I, Aaron Clefton, attorney with Clefton Disability Law, received the concurrence of P. Renée Wicklund, Esq. and Lee Brand, Esq. in the filing of this document.

                                            ___/s/ Aaron Clefton___

                                            Aaron Clefton

2

NOTICE OF SETTLEMENT
CASE NO. 5:25-cv-09736-EKL